IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RHONSHAWN JACKSON | : | CIVIL ACTION |
| v. | : | |
| SUPERINTENDENT BRITTON | : | NO. 08-4203 |

**O R D E R**

AND NOW, this 6th day of April, 2010, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), the response thereto (Doc. No. 8), and petitioner's replies (Doc. Nos. 18 and 20), it is hereby **ORDERED** that for the reasons set forth above, the Petition is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

This is a final order and the Clerk of Court is hereby directed to mark this case closed.

/s Lowell A. Reed, Jr.
LOWELL A. REED, JR., Sr. J.